UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC FERGUSON, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 06-1110 (RBW) |
| NORMAN Y. MINETA, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION | ) |
|     Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309