UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC FERGUSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.  06-1110(RBW) |
| | * | |
| NORMAN Y. MINETA, | * | |
| Secretary, | * | |
| Department of Transportation, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties Joint Report filed, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the parties shall complete discovery in the above-captioned case in 120 days;

FURTHER ORDERED that Initial Disclosures shall be exchanged within 14 days of the entry of this order;

FURTHER ORDERED that expert witness reports, if any, shall be exchanged in accordance with Federal Rule of Civil Procedure 26(a)(2), except that evidence intended to contradict or rebut evidence on the same subject matter by the opposing party shall be filed within 45 days after disclosure by the proponent of the original evidence;

FURTHER ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, oppositions 30 days thereafter, and replies shall be filed within 14 days of the filing of the opposition.

_____
UNITED STATES DISTRICT JUDGE