UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
ERIC FERGUSON,                                        )
                                                      )
        Plaintiff,                                    )
                                                      )
        v.                                            )        Civil Action No. 06-01110 (RBW)
                                                      )
NORMAN MINETA,                                        )
                                                      )
        Defendant.                                    )
_____)

## SCHEDULING ORDER

        The parties appeared before the Court on October 31, 2006, for an initial scheduling

conference.  Based upon the discussions at this hearing, it is on this 2nd day of November, 2006,

hereby **ORDERED** that

1.      The case shall be placed on the standard track.

2.      The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by
        November 14, 2006.

3.      The plaintiffs shall serve their expert reports pursuant to Rule 26(a)(2) by January
        5, 2007, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2)
        by February 2, 2007.

4.      Discovery shall be concluded by March 2, 2007.

5.      Any dispositive motions shall be filed by April 13, 2007, any oppositions shall be
        filed by May 18, 2007, and any reply thereto shall be filed by June 1, 2007.

6.      A status conference shall be held on August 31, 2007 at 9:00 a.m. in  courtroom
        16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution
        Avenue, N.W., Washington, D.C.  20001.[1]

_____

        [1] If this matter is not resolved by August 31, 2007, it shall be referred for mediation at
that time.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge