UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC FERGUSON,            )<br>                           )<br>    Plaintiff,          )<br>                           )<br>    v.                     )<br>                           )<br>NORMAN Y. MINETA,          )<br>                           )<br>Secretary,                 )<br>Department of Transportation )<br>                           )<br>    Defendant.             )<br>_____) | Civil Action No. 06-1110 (RBW) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned civil action, and withdraw the appearance of former Assistant United States Attorney Kathleen Konopka, who has departed from the United States Attorney's Office.

Respectfully submitted,

/s/ _____
QUAN K. LUONG
Assistant United States Attorney
Civil Division, Room E-4417
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov