UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC FERGUSON         )
                      )
        Plaintiff,    )
                      )
    v.                )   Case No: 06-1110 (RBW)
                      )
NORMAN Y. MINETA      )
Secretary,            )
Department of Transportation )
                      )
        Defendant.    )

## JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

Eric Ferguson, Plaintiff, and the Department of Transportation, Defendant, together the Parties, hereby file this joint motion to enlarge the time to complete discovery and to file dispositive motions. In support of this motion, the Parties state as follows:

a.  Neither Plaintiff nor Defendant has previously requested an enlargement in this case.

b.  Currently, discovery is scheduled to end on Friday, March 2, 2007. The Parties respectfully request until Monday, April 2, 2007, to complete discovery. This enlargement is needed in order to allow the Plaintiff additional time to conduct depositions. Plaintiff is currently awaiting receipt of Defendant's response to its discovery requests, which is currently due on Monday, March 5, 2007.[1] Plaintiff intends to take depositions of three current and one former employee of Defendant after receipt of the Defendant's discovery response. Due to the press of work and

---

[1] Defendant's counsel has advised Plaintiff's counsel that although Defendant consents to this extension for purposes of allowing Plaintiff additional time to conduct depositions, Defendant is not waiving its right to assert untimeliness objections to the Plaintiff's discovery request.

      Plaintiff's desire to review the Defendant's discovery responses prior to taking depositions, Plaintiff has not yet been able to schedule these depositions. Also, the duration of the enlargement is being requested due to Plaintiff counsel's unavailability during the first two weeks of March, 2007 and Defense counsel's unavailability from March 12-20, 2007.

c.    Pursuant to this motion, the Parties are also seeking a corresponding, yet shorter enlargement of time for filing of any dispositive motions. Presently, dispositive motions are due on April 13, 2007, responses to dispositive motions are due on May 18, 2007, and replies to responses are due on June 1, 2007. The Parties request a two week enlargement on these dates and suggest the following timeline: dispositive motions are due on April 27, 2007, responses to dispositive motions are due on June 1, 2007, and replies to responses are due by June 15, 2007.

For the above reasons, the Parties respectfully request an enlargement of time until April 2, 2007 to complete discovery and a corresponding enlargement of time for filing of dispositive motions. A proposed Order accompanies this motion.

*signature*
Gary T. Brown
D.C. Bar #246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff Eric Ferguson

Respectfully submitted,

*signature*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

*signature*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*signature*
QUAN K. LUONG
Special Assistant United States Attorney

2

555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ERIC FERGUSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NORMAN Y. MINETA )<br>Secretary, )<br>Department of Transportation )<br>)<br>Defendant. )<br>_____) | Case No: 06-1110 (RBW) |

## ORDER

UPON CONSIDERATION of the Joint Motion for Enlargement of Time to Complete Discovery and to File Dispositive Motions, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the Parties shall complete discovery by April 2, 2007 and shall file dispositive motions on or before April 27, 2007, responses to dispositive motions on or before June 1, 2007, and replies to responses on or before June 15, 2007.

_____
UNITED STATES DISTRICT JUDGE