**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERIC FERGUSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-1110 (RBW) |
| | * | |
| NORMAN Y. MINETA, Secretary | * | |
| U.S. Department of Transportation, | * | |
| | * | |
| Defendant. | * | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

Plaintiff Eric Ferguson, by and through counsel, hereby files this motion to enlarge the time to complete discovery and to file dispositive motions. In support of this motion Plaintiff states the following:

A. Currently, discovery is scheduled to end April 2, 2007. The Plaintiff respectfully requests until May 2, 2007, to complete discovery. This enlargement is needed in order to allow Plaintiff additional time to obtain the balance of the written discovery and to conduct depositions.

B. Plaintiff's and Defendant's counsel are working together to resolve paper discovery production issues. Plaintiff is waiting for Defendant to agree to a Stipulation and Protective Order that should resolve the remaining issues.

C. Plaintiff's counsel has conducted 14 depositions in the last two (2) weeks for another Federal District Court case, and has not been able to schedule the necessary depositions in this matter due to the press of work. Additionally, Defendant's

    counsel was out of the office and unavailable for several periods over the last month due to training and vacation leave. Furthermore, Defendant is unavailable this week due to a trial in another case, which precludes Plaintiff's counsel from taking depositions.

D. This Enlargement will not cause any harm to the Defendant, and the Defendant has agreed not to object to this Motion for Enlargement.

E. Pursuant to this Motion, Plaintiff also seeks a corresponding enlargement of time for the filing of any dispositive motions. Currently, dispositive motions are due on April 27, 2007, responses to dispositive motions are due on June 1, 2007, and replies to responses are due on June 15, 2007. The Plaintiffs request an enlargement on these dates and suggest the following timeline: dispositive motions are due May 29, 2007; responses to dispositive motions are due on July 2, 2007; and replies to responses are due by July 16, 2007.

    For the above reasons, the Plaintiff respectfully requests an enlargement of time until May 2, 2007, to complete discovery and a corresponding enlargement of time for filing dispositive motions. A Proposed Order accompanies this motion.

    Respectfully Submitted,

_____

Gary T. Brown  
D.C. Bar # 246314  
Gary T. Brown & Associates  
320 Maryland Avenue, NE  
Suite 100  
Washington, DC 20002  
202-393-4900  
Attorney for Plaintiff Ferguson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC FERGUSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-1110 (RBW) |
| | * | |
| NORMAN Y. MINETA, Secretary | * | |
| U.S. Department of Transportation, | * | |
| | * | |
| Defendant. | * | |

ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to Complete Discovery and to File Dispositive Motions, and the entire record in this matter, it is this___day of March, 2007, hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the Parties shall complete discovery by May 2, 2007, and shall file dispositive motions by May 29, 2007; responses to dispositive motions are due on July 2, 2007; and replies to responses are due by July 16, 2007.

_____
UNITED STATES DISTRICT JUDGE