UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC FERGUSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1110(RBW) |
| | * | |
| NORMAN Y. MINETA, | * | |
| Secretary, | * | |
| Department of Transportation, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

PLAINTIFF FERGUSON'S MOTION FOR
EXTENSION OF DISCOVERY

Plaintiff Eric Ferguson, by and through his counsel, respectfully requests this Court grant his motion for an extension of time in which to complete discovery. Plaintiff seeks an additional thirty (30) days to complete all aspects of discovery or until June 4, 2007.

Counsel for Plaintiff noticed eight (8) depositions for the last week and one half of discovery. Understanding the schedule was difficult, Plaintiff wanted to insure the completion of the depositions before the end of discovery. Defendant asserted it was not able to produce those people. Rather than move to compel, Plaintiff seeks additional time to take those depositions.

Further, Defendant has not yet completed its production of documents to Plaintiff and, despite the possibility of a motion to compel its responses, Defendant only offers promises of future production. The promises, however, appear sincere and Plaintiff believes that Defendant will make the promised production very shortly, but not before the close of discovery.

Finally, Defendant has also needed to postpone a deposition for tomorrow, due to its counsel's involvement in a pre-trial hearing before Judge Robertson. Although the time for the deposition was changed from 10:00 A.M. to Noon to accommodate the conflict in schedule, Defendant's counsel today made known that the conference may take much longer with the issues

now being raised by his opposing counsel. He suggested a floating time start, somewhere between 1 P.M. and 3 P.M., but that is impractical with all of the other people involved, including the court reporter. Defendant has now stated that he would produce all of the deponents, including the one scheduled for tomorrow, as soon as practicable.

Plaintiff seeks the additional thirty days of discovery to complete his depositions and obtain the promised documents without the need to involve the Court. Rather than move to compel the production of documents, and enforce the Notices of Deposition, which were properly served, Plaintiff seeks this thirty (30) day extension.

This request by Plaintiff would actually run a few days past the time for the filing of dispositive motions. For this reason, Plaintiff seeks an adjustment of the timing for the filing of dispositive motions, until July 2, 2007.

Defendant would not consent to this motion.

This Court may monitor and adjust the schedules of the matters before it, pursuant to its Article Three authority and Rule 16, Fed. R. Civ. P.

Plaintiff respectfully requests that this Court grant his motion.

Respectfully submitted,

_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
Attorney for Plaintiff Ferguson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC FERGUSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-1110(RBW) |
| | * | |
| NORMAN Y. MINETA, | * | |
| Secretary, | * | |
| Department of Transportation, | * | |
| | * | |
| Defendant. | * | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Extension of Discovery, and the entire record in this case, it is this _____ day of May, 2007, hereby

ORDERED, that Plaintiff's Motion for Extension of the Discovery Deadline, until June 4, 2007, is hereby GRANTED.

It is further ORDERED that the deadline for the filing of dispositive motions is hereby moved to July 2, 2007.

.

_____
**Judge, United States District Court**