UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERIC FERGUSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1110 (RBW) |
| | ) | |
| NORMAN Y. MINETA | ) | |
| Secretary, | ) | |
| Department of Transportation | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Second Motion for Enlargement of Time to Complete Discovery, *Docket Entries 12 and 13,* and Defendant's Partial Opposition to Plaintiff's Motion, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that Plaintiff's motion is denied in part and granted in part; and it is

FURTHER ORDERED that discovery shall be extended until June 4, 2007 for the limited purpose of allowing Plaintiff to complete the depositions of those individuals that have already been noted, that Parties shall file dispositive motions on or before July 2, 2007, responses to dispositive motions on or before July 23, 2007, and replies to responses on or before August 6, 2007.

_____
UNITED STATES DISTRICT JUDGE