UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ERIC FERGUSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1110 (RBW) |
| | ) | |
| NORMAN Y. MINETA | ) | |
| Secretary, | ) | |
| Department of Transportation | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO
FILE DISPOSITIVE MOTIONS**

Eric Ferguson, Plaintiff, and the Department of Transportation, Defendant, together the Parties, hereby file this joint motion to enlarge the time to file dispositive motions. In support of this motion, the Parties state as follows:

a. The Parties are currently engaged in settlement discussions that could fully resolve this complaint. The Parties have spent significant time pursuing these discussions and believe that an enlargement of time for filing of dispositive motions will allow them to focus their time and resources on the prospects of settlement.

b. Presently, dispositive motions are due on July 2, 2007, responses to dispositive motions are due on July 23, 2007, and replies to responses are due on August 6, 2007. The Parties respectfully request a thirty day enlargement on these dates and suggest the following time line: dispositive motions be due on August 2, 2007, responses to dispositive motions be due on September 4, 2007, and replies to responses be due on September 18, 2007.

For the above reasons, the Parties respectfully request an enlargement of time for filing of dispositive motions. A proposed Order accompanies this motion.

Respectfully submitted,

___/s/_____  
Gary T. Brown  
D.C. Bar #246314  
GARY T. BROWN & ASSOCIATES, P.C.  
320 Maryland Avenue, N.E.  
Suite 100  
Washington, D.C. 20002  
(202) 393-4900  
Attorney for Plaintiff Eric Ferguson

_____/s/_____  
JEFFREY A. TAYLOR, D.C. BAR # 498610  
United States Attorney

_____/s/_____  
RUDOLPH CONTRERAS, D.C. BAR # 434122  
Assistant United States Attorney

_____/s/_____  
QUAN K. LUONG  
Special Assistant United States Attorney  
555 Fourth Street, N.W., Room E-4417  
Washington, D.C. 20530  
(202) 514-9150 (telephone)  
(202) 514-8780 (facsimile)