UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC FERGUSON,  Plaintiff,  v.  NORMAN Y. MINETA Secretary, Department of Transportation  Defendant. | Case No: 06-1110 (RBW) |

### SECOND JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Eric Ferguson, Plaintiff, and the Department of Transportation, Defendant, together the Parties, hereby file this second joint motion to enlarge the time to file dispositive motions. In support of this motion, the Parties state as follows:

a. Presently, dispositive motions in this case are due on August 2, 2007, responses to dispositive motions are due by September 4, 2007, and replies to responses are due by September 18, 2007.

b. The Parties have recently reached a tentative, verbal settlement in this matter and have begun the process of drafting and executing a written settlement agreement. However, due to the time and effort that will be necessary for the Parties to draft, review, discuss, and finalize a settlement agreement, the Parties do not anticipate executing a written settlement agreement by August 2, 2007.

c. Though the Parties do not anticipate any difficulties in executing a final settlement agreement, the Parties wish to preserve their right to submit dispositive motions in the unlikely event

that they are unable to agree upon a written settlement agreement.  The Parties respectfully request a thirty day enlargement on these dates and suggest the following time line:  dispositive motions be due on September 5, 2007, responses to dispositive motions be due on October 4, 2007, and replies to responses be due on October 19, 2007.

For the above reasons, the Parties respectfully request an enlargement of time for filing of dispositive motions.  A proposed Order accompanies this motion.

Respectfully submitted,

___/s/_____
Gary T. Brown
D.C. Bar #246314
GARY T. BROWN & ASSOCIATES,
       P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C.  20002
(202) 393-4900
Attorney for Plaintiff Eric Ferguson

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)