UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC FERGUSON | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1110 (RBW) |
| NORMAN Y. MINETA<br>Secretary,<br>Department of Transportation | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of the Joint Motion for Enlargement of Time to File Dispositive Motions, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the Parties shall file dispositive motions on or before September 5, 2007, responses to dispositive motions on or before October 4, 2007, and replies to responses on or before October 19, 2007.

_____
UNITED STATES DISTRICT JUDGE